No. 831. WILLIAM J. READ *v.* UNITED STATES. March 2, 1925. Petition for a writ of certiorari to the Court of

Appeals of the District of Columbia denied. *Mr. Harold Harper* and *Mr. Eugene Underwood* for petitioner. *The Attorney General* for the United States.